Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh (SBN 266019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KWDZ MANUFACTURING, LLC., a California Legal Liability Company; MATRIX INTERNATIONAL TEXTILES, INC., a California Corporation; KOHL'S DEPARTMENT STORES, INC., an Illinois Corporation; PACIFIC CONTINENTAL TEXTILES, INC., a California Corporation;  and DOES 1 through 10,<br><br>Defendants. | Case No.:  CV11-02633 PA (MANx)<br>*Honorable Percy Anderson Presiding*<br><br>**ORDER ON**<br>**STIPULATION TO DISMISS CASE**<br><br>NOTE: CHANGES MADE BY THE COURT |

- 1 -

PROPOSED ORDER ON STIPULATION TO DISMISS

PROPOSED ORDER:

GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is to be dismissed with prejudice;
2. Each party is to bear its own costs and fees as incurred against one another; and
3. ~~This Court will retain jurisdiction to enforce the terms of the settlement agreement.~~

SO ORDERED.

Dated: __Sept. 28__, 2011       By: _____
                                HONORABLE PERCY ANDERSON